# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| PREFERRED PROFESSIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-vs-<br><br>PATRICK MCGREE, B.B., M.T., S.P., and P.S.,<br><br>Defendants. | CV 20-05-BU-SEH<br><br><br><br>ORDER |

Upon Plaintiff Preferred Professional Insurance Company's Unopposed Motion to Stay,[1]

ORDERED:

Proceedings in this Court are STAYED pending final disposition of all issues presented by the pending appeal filed by Preferred Professional Insurance Company in the Ninth Circuit Court of Appeals (Appeal Cause No. 20-35706).

DATED this 7th day of October, 2020.

Sam E. Haddon
United States District Judge

---

[1] Doc. 33.