IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| PREFERRED PROFESSIONAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> -vs- <br><br> PATRICK MCGREE, B.B., M.T., S.P., and P.S., <br><br> Defendants. | No. CV 20-05-BU-SEH <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice,

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorney fees.

Dated this 22nd day of March, 2021.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge